UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AMERICA.ORG, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROWE INTERNATIONAL CORPORATION; AMI ENTERTAINMENT NETWORK, INC.; AMUSEMENT AND MUSIC OPERATORS ASSOCIATION, INC.; DOE DEFENDANTS 1-10, <br><br> Defendants. | Civil Action No. |

## **MOTION FOR ADMISSION OF MAXWELL M. BLECHER PRO HAC VICE**

I, Eric B. Goldberg, move for attorney Maxwell M. Blecher's admission pro hac vice. As grounds for this motion, I submit the attached Declaration of Maxwell M. Blecher.

Pursuant to Local Rule 83.5.3, the undersigned counsel hereby moves for the admission pro hac vice of Maxwell M. Blecher, to represent Plaintiff Lease America.org, Inc. in the above-captioned action. Attorney Blecher is the founding partner of Blecher & Collins, P.C., 515 South Figueroa Street, Suite 1750, Los Angeles, CA 90071; telephone: (213) 622-4222; facsimile: (213) 622-1656; e-mail: mblecher@blechercollins.com.

Attorney Blecher is a member in good standing of the bar of the State of California, where he was admitted to practice in 1955. He further fulfills the credentials of an attorney seeking admission to appear in this District because he is a member in good standing and admitted to practice before the United States District Courts for the Central District of California, 1955; Northern District of California, 1963; Southern District of California, 1978;

Eastern District of California, 2006; District of Hawaii, 2004; District of Arizona, 2008; and the United States Court of Appeals for the First Circuit, 2012; Second Circuit, 2006; Tenth Circuit, 2005; and the United States Supreme Court, 1971. Attorney Blecher was admitted pro hac vice to this Court on January 23, 2012 in the matter of *Evergreen Partnering Group, Inc. v. Pactiv Corporation et al.*, Case No. 1:11-cv-10807-RGS. Attorney Blecher has not been denied admission to this Court or disciplined by this Court or any other Court.

Attorney Blecher's certification that (1) he is a member in good standing of the jurisdictions listed above, (2) that he has no disciplinary actions pending, nor history of discipline and (3) that he is familiar with the Local Rules of this Court, is filed herewith, in Affidavit form, as Exhibit A.

I will also appear as counsel of record in these proceedings.

WHEREFORE, I request that this Motion be ALLOWED and Attorney Blecher be admitted to practice pro hac vice before this Court.

> Respectfully submitted,
> Lease America.org, Inc.,
> By its attorneys,
>
> /s/ Eric B. Goldberg
> Eric B. Goldberg, BBO# 564398
> Seegel Lipshutz & Wilchins LLP
> egoldberg@slwllp.com
> Wellesley Office Park
> 20 William Street, Suite 130
> Wellesley, MA 02481
> 781-237-4400

Dated: January 22, 2013

555056.1.6026.7000