UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LEASE AMERICA.ORG, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROWE INTERNATIONAL CORPORATION; AMI ENTERTAINMENT NETWORK, INC.; AMUSEMENT AND MUSIC OPERATORS ASSOCIATION, INC.; DOE DEFENDANTS 1-10, <br><br> Defendants. | Civil Action No. |

## AFFIDAVIT OF MAXWELL M. BLECHER IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Maxwell M. Blecher, on oath depose and state as follows:

1. I am over the age of eighteen and understand the obligation of an oath.

2. I make this Affidavit on personal knowledge and in support of the Motion for Admission *Pro Hac Vice* filed in the above-captioned action.

3. I am the founding partner of Blecher & Collins, P.C., 515 South Figueroa Street, Suite 1750, Los Angeles, CA 90071; telephone: (213) 622-4222; facsimile: (213) 622-1656; e-mail: mblecher@blechercollins.com.

4. The following is a list of all courts to which I have been admitted to practice, and the year of my admission: California, 1955; Central District of California, 1955; Northern District of California, 1963; Southern District of California, 1978; Eastern District of California, 2006; District of Hawaii, 2004; District of Arizona, 2008; U.S. Court of Appeals, Ninth Circuit,

1955; U.S. Court of Appeals, Tenth Circuit, 2005; U.S. Court of Appeals, Second Circuit, 2006; U.S. Court of Appeals, First Circuit, 2012; and the U.S. Supreme Court, 1971.

5. I was previously admitted pro hac vice before this Court in the matter captioned: *Evergreen Partnering Group, Inc. v. Pactiv Corporation et al.*, Case No. 1:11-cv-10807-RGS

6. I am a member in good standing and eligible to practice in each of the courts listed in the preceding paragraph. A Certificate of Good Standing from the bar of the State of California is attached hereto.

7. I have not been denied admission or disciplined by this Court or any other court.

8. I have reviewed the Local Rules of the United States District Court for the District of Massachusetts. In order to ensure compliance with the Local Rules, I am working in cooperation with local counsel and under the supervision of Eric B. Goldberg, a member of the bar of this Court.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Dated: 1/22/13

Maxwell M. Blecher

# THE STATE BAR
# OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617  TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

January 14, 2013

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MAXWELL MICHAEL BLECHER, #026202 was admitted to the practice of law in this state by the Supreme Court of California on June 17, 1955; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records